# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GUERRA,<br><br>          Plaintiff,<br><br>     vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1 TO 10, inclusive,<br><br>          Defendants. | **Case No.**<br> **5:13-cv-00020-TJH-DTB**<br><br>**Honorable Terry J. Hatter, Jr.**<br><br> **ORDER GRANTING DISMISSAL**<br>**WITH PREJUDICE [JS-6]** |

**ORDER**

IT IS SO ORDERED that all claims of Plaintiff AARON GUERRA against Defendant PERFORMANT RECOVERY, INC.; and DOES 1 TO 10, inclusive, are dismissed, with prejudice. Plaintiff AARON GUERRA and Defendant PERFORMANT RECOVERY, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 22, 2014

_____

Hon. Terry J. Hatter, Jr.

U.S. District Judge

Central District of California

ORDER OF DISMISSAL WITH PREJUDICE